(No. 879—Claimant awarded $434.11.)

PHILOMENA L. GREULICH, EXECUTRIX OF THE ESTATE OF F. A. H. GREULICH, Deceased, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

INHERITANCE TAX—*property not taxable. Claimant entitled to refund.* When an inheritance tax has been assessed against an estate, and the tax paid and the property of the estate is not subject to taxation, claimant is entitled to a refund of the tax paid.

FERGUS L. ANDERSON, for claimant.

OSCAR E. CARLSTROM, Attorney General; S. S. DUHAMEL, Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

The claimant files his claim for refund of inheritance taxes erroneously paid.

It was paid on property not taxable under the laws of Illinois. The Attorney General has examined the files and the evidence and consents to an award of the amount claimed. On examination of the evidence the court hereby makes an award to claimant, Philomena L. Greulich, executor the estate of F. A. H. Greulich, deceased, in the sum of $434.11.